Matter of Looney Injury Law, PLLC v Cellino Law, LLP (2024 NY Slip Op 02418)

Matter of Looney Injury Law, PLLC v Cellino Law, LLP

2024 NY Slip Op 02418

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, GREENWOOD, AND NOWAK, JJ.

173 CA 23-00219

[*1]IN THE MATTER OF LOONEY INJURY LAW, PLLC, AND JOHN W. LOONEY, ESQ., PETITIONERS-RESPONDENTS,
v
CELLINO LAW, LLP, AND ROSS M. CELLINO, JR., ESQ., RESPONDENTS-APPELLANTS. 

CELLINO LAW LLP, BUFFALO (GREGORY V. PAJAK OF COUNSEL), FOR RESPONDENTS-APPELLANTS. 
ZDARSKY, SAWICKI & AGOSTINELLI LLP, BUFFALO (GERALD T. WALSH OF COUNSEL), FOR PETITIONERS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), dated January 27, 2023. The order denied the motion of respondents to dismiss the petition. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 22, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court